## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM N. HICKS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 14-0076-CG-B** |
| | ) | |
| **EQUIFAX INFORMATION** | ) | |
| **SERVICES, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

The plaintiff having filed a Notice of Settlement on October 7, 2014 (Doc. 19), it is hereby **ORDERED** that all claims in this action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate those claims within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this the 6th day of November, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE